**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JOSE PARTIDA-VARGAS,<br><br>Defendant.<br>_____/ | CASE NO. CR F 99-5281 LJO<br><br>**ORDER ON MOTION TO REDUCE SENTENCE**<br><br>(Doc. 75.) |

On May 22, 2000, defendant Jose Partida-Vargas ("defendant") entered a guilty plea to a methamphetamine manufacture and distribution charge. On October 16, 2000, defendant was sentenced to a 188-month prison term and five years supervised release.

Defendant seeks to reduce his sentence pursuant to 18 U.S.C. § 3582(c)(2) ("section 3582(c)(2)") based on retroactive application of a recent amendment to U.S. Sentencing Guidelines ("USSG") § 2L1 (smuggling, transporting, or harboring an unlawful alien). "As a general matter, courts may not alter a term of imprisonment once it has been imposed." *United States v. Hicks*, 472 F.3d 1167, 1169 (9th Cir. 2007). Section 3582(c)(2) creates an exception to modify a prison term if: (1) the sentence is "based on a sentencing range that has subsequently been lowered by the Sentencing Commission"; and (2) "such a reduction is consistent with applicable policy statements issued by the Sentencing Commission." *United States v. Wesson*, 583 F.3d 728, 730 (9th Cir. 2009) (quoting section 3582(c)(2)). USSG § 1B1.10 addresses prison term reduction as a result of an amended guideline range and excludes a reduction under section 3582(c)(2) if "an amendment listed in subsection (c) does not have the effect of lowering

1  the defendant's applicable guideline range."

2      Defendant's base offense level was grounded on a drug offense and USSG § 2D.1.1 (unlawful
3  manufacturing, importing, exporting, or trafficking; attempt or conspiracy). USSG § 2L1 is inapplicable
4  and defendant is otherwise ineligible for a sentence reduction under USSG § 2D1.1.

5      Defendant further seeks to reduce his supervised release to two years based on purported USSG
6  changes. However, 21 U.S.C. 841(b)(1)(A) retains a mandatory five-year supervised release. In the
7  absence of amendment to the statute, the five-year supervised release remains effective.

8      For the reasons discussed above, this Court DENIES defendant a sentence reduction and related
9  relief.

10      IT IS SO ORDERED.

11  **Dated:   April 9, 2012**          /s/ Lawrence J. O'Neill
                                         UNITED STATES DISTRICT JUDGE